UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
ERIC WILLIAM SYRIAC                         CASE NO. 20-10702
2925 NC HWY 42 S                            JUDGE BENJAMIN A. KAHN
ASHEBORO, NC  27205

    DEBTOR

SSN(1) XXX-XX-2150                          DATE: 06/09/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AFFIRM INC<br>P O BOX 6760<br>PITTSBURGH, PA  15212 | $0.00<br>INT: .00%<br>NAME ID: 183167<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $994.87<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 1006<br>COMMENT: |
| ATLAS ACQUISITIONS LLC OBO UHG I LLC<br>6400 SHERIDAN DR STE 138<br>WILLIAMSVILLE, NY  14221 | $15,310.03<br>INT: .00%<br>NAME ID: 182860<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 7998<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $2,249.61<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 2080<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2150<br>COMMENT: OC |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $710.39<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 0131<br>COMMENT: CITIBANK |
| MIDLAND CREDIT MANAGEMENT<br>P O BOX 939019<br>SAN DIEGO, CA  92193-9019 | $0.00<br>INT: .00%<br>NAME ID: 4419<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $4,194.70<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 0247<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2150<br>COMMENT: OC |
| NORTHWEST BANK<br>P O BOX 337<br>WARREN, PA  16365 | $32,849.77<br>INT: 5.25%<br>NAME ID: 183496<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 8504<br>COMMENT: 18DODG |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,572.08<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 2583<br>COMMENT: CAPITAL ONE |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR GALAXY INTERNATIONAL<br>PURCHASING LC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $12,122.91<br>INT: .00%<br>NAME ID: 183586<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 4498<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $1,524.23<br>INT: .00%<br>NAME ID: 183468<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 5357<br>COMMENT: WAYFAIR |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0019 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (U) UNSECURED<br>AMENDED<br>ACCT: 2150<br>COMMENT: 421C/WDRN |
| REGIONAL ACCEPTANCE CORP<br>BANKRUPTCY SECT/100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $6,652.59<br>INT: .00%<br>NAME ID: 51368<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 0764<br>COMMENT: |
| SUN WEST MORTGAGE COMPANY INC<br>6131 ORANGETHORPE AVE STE 500<br>BUENA PARK, CA  90620 | $0.00<br>INT: .00%<br>NAME ID: 183166<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 7500<br>COMMENT: DT,RE RP,DIR |
| SUN WEST MORTGAGE COMPANY INC<br>6131 ORANGETHORPE AVE STE 500<br>BUENA PARK, CA  90620 | $0.00<br>INT: .00%<br>NAME ID: 183166<br>CLAIM #: 0017 | (S) SECURED<br>DIRECT PAY<br>ACCT: 7500<br>COMMENT: POST-ARR,DIR |
| SUN WEST MORTGAGE COMPANY INC<br>6131 ORANGETHORPE AVE STE 500<br>BUENA PARK, CA  90620 | $0.00<br>INT: .00%<br>NAME ID: 183166<br>CLAIM #: 0018 | (S) SECURED<br>DIRECT PAY<br>ACCT: 7500<br>COMMENT: PRE-ARR,DIR |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,993.15<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 1430<br>COMMENT: PAY PAL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $566.37<br>INT: .00%<br>NAME ID: 176218<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| **TOTAL:** | **$80,792.70** | | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>   Clerk, U.S. Bankruptcy Court
>   101 S. Edgeworth Street
>   P.O. Box 26100
>   Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/09/2021                                      OFFICE OF THE CHAPTER 13 TRUSTEE

>                                                     By: /s/  Gayle McFarland
>                                                         Clerk
>                                                         Chapter 13 Office
>                                                         500 W FRIENDLY AVE STE 200
>                                                         P O BOX 1720
>                                                         GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice